DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BUBBAS EAST COAST RODS & CUSTOMS OF FLORIDA, INC.,**
a Florida corporation,
Appellant,

v.

**MICHAEL LARKINS** and **GREG LARKINS,**
Appellees.

No. 4D17-606

[November 16, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser and Edward A. Garrison, Judges; L.T. Case No. 50-2016-CA-000566-XXXX-MB.

Carlos M. Recio, Washington, D.C., for appellant.

Gene D. Lipscher of Gene D. Lipscher, P.A., Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***